Robyn M. Rebers, OSB# 034309
Robyn M. Rebers LLC
PO Box 3530
Wilsonville, OR 97070
Tel: 503-871-8890
Fax: 888-398-8793
robyn@reberslaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EVIE MARTINEZ WINCHESTER,                           CV No.:  6:20-CV-02233-YY

                        Plaintiff,

                                                    ORDER FOR EAJA FEES

            v.


COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

                        Defendant.
_____

            Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28

U.S.C. § 2412, and 28 U.S.C. § 1920, it is hereby ordered that EAJA attorney's fees of $6,815.33

and costs in the amount of $0.00, for a total of $6,815.33, shall be awarded to Plaintiff pursuant

to *Astrue v. Ratliff*, 560 U.S. 586 (2010).

            If it is determined that Plaintiff's EAJA fees and costs are not subject to any offset

allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees

and costs shall be made payable to attorney Robyn M. Rebers, based upon Plaintiff's assignment

of these amounts to her attorney.  If it is determined that Plaintiff has debt subject to the Treasury

Offset Program, then the check for the remaining funds after offset of the debt shall be made

payable to Plaintiff.  Any check for EAJA fees shall be mailed to Plaintiff's counsel, Robyn

Rebers, at P.O. Box 3530, Wilsonville, Oregon 97070.

IT IS SO ORDERED.

DATED this <u>10th</u> day of <u>December</u>, 2021.

/s/ Youlee Yim You
_____
YOULEE YIM YOU
United States Magistrate Judge

Presented by:
Robyn M. Rebers OSB# 034309
Attorney for Plaintiff